Exhibit A



Home  Greenlight classifieds  Yellow pages  PDX guide  Advertise with us  About the Tribune  Photo sales  Sub

**Search**
Search by word
Search by writer
Search our classifieds

Quick headlines

Past Tribune editions

News
Sports
Business
Life
Weekend Life
Insight
Columnists
Dwight Jaynes
Kerry Eggers
Phil Stanford
Pete Schulberg
Promise King
Jill Spitznass
Barbara Ashmun

Special Section Archive

News partners

KPAM 860 am

KOIN News 6

Tribune links

ODOT traffic cams

TriMet

PDX arrivals and departures

Current weather



Locate your nearest Tribune by ZIP code or street

→ Email this article
→ Print this article

# Copied 'kissing' photo ignites furor

*Company uses image for anti-AARP ad without Tribune's OK*

By DON HAMILTON    Issue date: Fri, Mar 4, 2005
*The Tribune*

A photograph lifted without permission from the Portland Tribune's Web site has landed smack in the middle of an angry national debate involving patriotism, Social Security and gay marriage.

The photo, showing two Portland men just before their marriage last March, was used in an Internet advertisement for USA Next, a group attacking AARP for opposing President Bush's plan to change Social Security. The ad ran from 6 p.m. Feb. 15 to 10 a.m. Feb. 21 on www.spectator.org, the Web site for the conservative magazine The American Spectator.

The photo has become fodder for both sides in the political culture wars.

On one hand, USA Next used the photo as part of its campaign to alienate American Association of Retired Persons members and others by saying the group supports gay marriage. On the other hand, the men in the photo, Rick Raymen and Steven Hansen of Portland, are angry about their image being used for conservative causes and, in turn, are using the ad to raise money for Democrats.

USA Next, The American Spectator and Mark Montini International, the company that produced the ad, did not have authorization from the Portland Tribune to use the copyrighted photo in any capacity, including journalistic or commercial purposes. The paper did not give, sell or contribute its use in any way, and no request for its use was received before the photo appeared in the ad, said Tim Jewett, Portland Tribune photo director.

Such a request, if submitted, would have been rejected anyway, Jewett said, because the paper won't sell photos for commercial use without the permission of people shown in the photo. All commercial sales are negotiated separately.

### Executive editor responds

Dwight Jaynes, the Portland Tribune's executive editor, said anyone who violates the paper's copyright could face legal consequences.

"The photo, in fact, appears to have been lifted from our Web site with no regard for copyright issues or the personal damages it could cause, through commercial use, to those in the picture," Jaynes said in an e-mail Thursday to Mark Montini, whose Dacula, Ga., company produced




Automotive
Employment
Real estate for rent
Real estate for sale



Enter to Win a $300 TravelFunds Card from American Express





XLR8 articles
Around the Bend
Start Your Engines
The Fuel Factor
Wheel Love

**Tribune Photography Sales and Galleries**



Tribune web ads

USOUTDOOR.com - Shop for **Backpacks** online with

the ad. "I will state the position of this newspaper as clearly as I can: That picture belongs to us and we take copyright infringement very seriously."

The paper's attorney is considering how to address the issue.

Montini said his company apparently failed to obtain the rights to the picture. USA Next, which took out the ad, and The American Spectator, on whose Web site it ran, both said they thought rights had been properly obtained.

The photo, shot by Portland Tribune staff photographer L.E. Baskow, showed Raymen and Hansen dressed in tuxedos, holding flowers and kissing while standing in line outside the Multnomah Building on March 3, 2004, the day Multnomah County started issuing marriage licenses to same-sex couples. In the ad, the photo has a green check mark across the front.

The ad also showed a picture of an American soldier with a red X across it and the words, "The real AARP agenda" at the side. The ad clicked through to the USA Next Web site.

USA Next linked AARP to gay marriage and soldiers for two reasons, said Charlie Jarvis, the group's president: first, because an Ohio AARP chapter opposed a gay marriage ban on the ballot there last fall and second, because he thinks AARP has not been a leader in veterans issues. To help his cause, Jarvis hired veterans of the Swift Boat Veterans for Truth campaign that attacked Sen. John Kerry's war record during the presidential campaign last year.

"We'd like to see an exodus from AARP," Jarvis said.

The ad has been a topic of debate among right-wing and left-wing bloggers as well as the mainstream media since appearing on The American Spectator site. It has also become the target of numerous parodies that repeats the USA Next use of the photo.

### How it happened

Here's a look at the events leading up to the improper use of the photo.

The Portland Tribune operates a section on its Web site where the public can buy photos published on the Web site or in the paper, www.portlandtribune.com/buyphotos.shtml. Most sales are for personal use, with high school sports photos being particularly popular. Photos also can be purchased for journalistic use or commercial use. These command higher prices and have to be negotiated with the Tribune's photo department.

The ad was produced for USA Next by Montini, a GOP strategist and chief executive officer of CampaignSecrets.com. It was among seven or eight ads produced for testing on Web sites of conservative magazines, including National Review. Montini said the ad using the Portland Tribune photo received 112,260 viewings during its six days on the site, far fewer than any of the others tested. It was removed without plans to use it again.

Montini first said he believed someone on his staff had properly obtained rights to the photo. But in an e-mail Tuesday to the paper's photo department, Montini said: "It looks more and more like we did make a mistake and ran with the ad prior to getting your approval."

On Monday, after the flap over the photo had begun, Montini tested the newspaper's photo-sales policies and submitted an Internet request and payment to buy a similar but not identical photo for private use. Virginia Meyers, the Tribune photo assistant who monitors photo Web

free shipping and no sales tax.

Television commercials, Portland **film production** and independent video production by Limbo Films 503-228-0844

Search engine marketing, website templates, **portland web design** and website promotion by Webfu // 503.381.5553

**Destination Downtown**

**Fandango**
Movie listings

sales, called him to ask for what purpose he was using the photo. At that point, he said he was only checking to see how the paper's policy worked, and Meyers refunded his money.

On Tuesday, after Montini had been told by Meyers by phone and via e-mail that the paper would not sell him the photo for use in an ad, he tried another tack. He sent $600 — the typical fee for such commercial use of a photo— through PayPal, the electronic money transfer system, in payment for using the photo. The money was quickly refunded in full via PayPal because the newspaper would not grant permission for an ad agency to use a photo in this way.

Jarvis, from USA Next, said he didn't know the picture had been used without permission. He said the cost of photo rights is included in the fees USA Next pays to companies that produce its ads. He said he thought USA Next had properly paid for the right to use the Portland Tribune picture.

"That's stunning, absolutely stunning," Jarvis said. "I'm sorry that this happened. We hired this company to buy commercial rights for anything we use on our Web site. There will be beatings of a severe nature. In business terms that means fines and penalties. I'll have to go back to the group and find out what's going on."

An American Spectator representative said the magazine didn't know the picture had been obtained improperly.

"I apologize if it was used without proper rights," Katherine Ruddy, a sales representative for the Spectator, said in an e-mail.

**Subjects raise objection**

Raymen, also known on his Web site as Ricky Monet Prince XVII, and Hansen objected to having their image used to promote the USA Next agenda for Social Security. Raymen posted the ad on his Web site with a request that friends contribute to Democrats.

"How this relates to the image of our nuptials and an American soldier is beyond me," he wrote on his Web site. "This ad is being used on right-wing Web sites to somehow use antigay bigotry and blind patriotism to rally people against the AARP."

Photographs are protected under federal copyright law once fixed in some permanent form, such as a newspaper or a Web site, said Lydia Loren, professor of copyright law at Lewis & Clark Law School. The copyright is understood and no longer requires registration or the circled "c" that until 1989 was part of copyright protections.

Anyone who reproduces a copyrighted photo without authorization, she said, can be found legally liable, even if they were unaware of its legal status.

"Photographs generally are subject to copyright protection, and an employer owns the copyright in works created by employees, including staff photographers," Loren said. "Generally, a company is entitled to control the reproduction of their works, particularly if done for commercial purposes."

TOP   NEWS   BUSINESS   PORTLAND LIFE   SPORTS   INSIGHT   CUE
GREENLIGHT   CLASSIFIEDS   PRIVACY POLICY   CONTACT US
© 2005 THE PORTLAND TRIBUNE