# Exhibit B

Updated: March 8, 2005

Home • Join USA • Member Discounts • Free Newsletters • Contact Us




**MAIN MENU**
- Home
- **In the News**
- **Member Discounts**
- **News & Information**
- **Free Newsletters**
- **Financial Advice**
- **Online Resources**
- **Press Room**
- **Tell a Friend**

**Voice Your Opinion**

Did you know that the AARP has received over $1 BILLION in taxpayer dollars over the past 20 years?

Yes
No
Vote Now
View Results

### Liberals Level Full-Scale Assault at USA Next

The liberal media assault on USA Next has intensified. Literally, within hours of the news that USA Next is launching its "Stop Scaring Seniors NOW!" campaign against AARP, liberals in government and in the media are already gunning for us. USA Next Chairman Charles Jarvis summarizes the attack and outlines how conservatives across America can help.

TO: KEY CONSERVATIVE LEADERS

FROM: Charlie Jarvis, Chairman, USA Next

DATE: Monday, February 28, 2005

SUBJECT: LIBERALS LEVEL FULL-SCALE ASSAULT AT USA NEXT

---

The liberal media assault on USA Next has intensified. Literally within hours of the news that USA Next is launching its "Stop Scaring Seniors NOW!" campaign against AARP, liberals in government and in the media are already gunning for us. Three quick examples:

• "The USA Next group intends to combine the two ruthless success stories of the Bush re-election: the Swiftian tactic of amplifying its vicious and dishonest attacks through the media, and the Rovian tactic of hanging gay marriage like an anvil around the neck of a foe." – New York Times columnist Maureen Dowd, Feb. 24, 2005.

• "U.S. Sen. Frank Lautenberg (D-N.J.), an octogenarian, attacked AARP's rival, USA Next. He criticized USA Next's decision to hire consultants used in last year's campaign that attacked Sen. John Kerry's war service, contributing to his loss in the presidential race." – Ana M. Alaya, Newark Star-Ledger, Feb. 23, 2005.

• "'[AARP is] the boulder in the middle of the highway to personal savings accounts,' Charlie Jarvis, president of USA Next, told the Times. 'We will be the dynamite that removes them.' If you can't win an argument on the merits, then dirty up your opposition." – Nationally syndicated liberal columnist Molly Ivins, Chicago Tribune

Print this Story
Email to Friend
Go Back





Print this Story
Email to Friend
Go Back

*Feb. 24, 2005.*

Several liberal activist groups have started petition drives to "stop USA Next." But what the liberals cannot hide is the shameful record of liberal activism AARP has compiled over the years while claiming it is a seniors organization. Here is just some of the record for which USA Next will be holding AARP accountable in the coming months:

- While USA Next champions elimination of taxes on Social Security benefits, AARP, with all its power, has *never* worked to eliminate this terrible double tax.

- AARP, with its immense power, could have stopped payroll tax increases (FICA) in 1984, 1988 and 1989, and many more tax increases before that going back to the 1960s.

- AARP received more than $67 million in taxpayer-funded federal grants in 2003 alone. Over the past 15 years, AARP has taken $1.1 BILLION in hardworking taxpayers' money through federal "grants."

- AARP has consistently opposed elimination of the death tax and significant cuts in the capital gains tax.

- AARP aggressively pushes Scudder Investments, which allows AARP members to invest their money in mutual funds. Yet AARP vehemently opposes Personal Savings Accounts for younger workers to invest their Social Security money in conservative ventures.

- AARP opposed the marriage amendment in Ohio that passed last year by a margin of 62 percent to 38 percent. The amendment defined marriage as being between one man and one woman. AARP did not make its opposition to the Ohio marriage amendment public until it was forced to do so in the *New York Times* on February 23.

- AARP has strongly supported gun control measures such as the Brady Bill.

- Ten years ago AARP was forced to pay the IRS $135 million in back taxes after trying to claim its business profits qualified as gifts to charity. This caused former U.S. Senator Alan Simpson to convene hearings looking into how AARP could profit from business enterprises while claiming tax-exempt status so it could apply for federal grants.

Not only is AARP the largest liberal lobbying organization in America, its largesse also betrays an agenda that has less to do with seniors and, again, much more to do with pushing a political agenda.

- In 2003, AARP employed 20 paid lobbyists, spending $20 million on lobbying.

- Last year, AARP purchased its own headquarters in downtown Washington for $204 million after paying $20 million per year in rent.

This is just some of the case USA Next will be making against AARP to its members. Our own national surveys reveal about 38 percent of AARP members – over a third – identify themselves as conservative. We will ensure these people know what AARP's true agenda is, and we will ensure they know USA Next is an organization where they can get great travel discounts and insurance packages that AARP provides, without the liberal politics and their sky high fees.

The launch of our campaign has yielded tremendous results:

- We've had over **3 million** hits at our website, www.usanext.org, in just the past week, sometimes at the rate of *tens of thousands per minute*.

We ask you to encourage your members and friends to call into radio shows, and send in letters to the editor helping us to expose the liberal agenda of the AARP. We need to join together as a movement to aggressively and publicly hold AARP accountable for the terrible damage done to Social Security on their watch while they've been in charge of policy decisions for the last 40 years.

AARP and its liberal allies in Congress will stop at nothing to protect their control over taxpayers' own retirement money. If you would like more information about AARP's liberal agenda and USA Next's *Stop Scaring Seniors NOW!* campaign feel free to contact me at (703)-359-6500.

**Home • Action Center • News & Information • Member Discounts • Free Newsletters • Financial Advice
Issues & Updates • Online Resources • Press Room • Tell a Friend • Contact Us • Privacy Policy • Admin**