# Exhibit C

# PROSKAUER ROSE LLP

1233 Twentieth Street NW
Suite 800
Washington, DC 20036-2396
Telephone 202.416.6800
Fax 202.416.6899

NEW YORK
LOS ANGELES
BOCA RATON
NEWARK
PARIS

**Christopher Wolf**
Member of the Firm

Direct Dial: 202.416.6818
cwolf@proskauer.com

<u>**VIA HAND DELIVERY**</u>

February 28, 2005

Mr. Charles Jarvis
Chairman and Chief Executive Officer
USA Next
3900 Jermantown Road, #450
Fairfax, VA 22030

Dear Mr. Jarvis:

Proskauer Rose LLP represents Richard M. Raymen and Steven P. Hansen whose images you have used in an advertisement entitled "The Real AARP Agenda."

In one version of your advertisement disseminated widely on the Internet and aired repeatedly by television news programs nationwide, our clients' images (superimposed with a checkmark) are side-by-side an image of a soldier (whose picture has an "x" mark across it). The ad communicates the false message that gay marriages generally, and our clients specifically, are the antithesis of supporting American troops during wartime. It appears that your intended but illogical point is that the AARP is anti-military and pro-gay marriage and therefore the AARP is not credible on the issue of social security reform.

In your hateful attempt to attack the AARP, you have subjected our clients to nationwide ridicule and harassment, and have used a photo showing a celebration of their commitment to one another in a demeaning, mean-spirited way. USA Next has no right to use our clients as targets for those who choose homophobia as the weapon of choice.

Your use of the photo containing our clients' images was done without our clients' permission (and, as we understand it, without the permission of the copyright holder). Your misappropriation of our clients' image was illegal, constitutes several actionable torts, and your conduct continues to cause our clients damage.

As our clients contemplate their full legal remedies, we are writing to demand that you immediately cease and desist using any photograph of our clients and that you publicly apologize to them for the use you already have made, and the harm you have already caused. Our clients reserve all rights to pursue their remedies for damages arising from your conduct.

We look forward to your response and ask that we hear back from you by no later than close of business Tuesday, March 1, 2005.

Sincerely yours,

Christopher Wolf
Counsel for Richard M. Raymen and Steven P. Hansen